Michael Kind, Esq.
Nevada Bar No: 13903
Kazerouni Law Group, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com
*Attorneys for Plaintiff Keith Martinez,*
*individually and on behalf of all others similarly situated*

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Keith Martinez, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>Royal Links Golf Club,<br><br>Defendant. | Case No: 2:18-cv-02393-JAD-CWH<br><br>**Stipulation for an extension of time for Plaintiff to file his Reply [ECF Nos. 11, 13]**<br><br>**(First Request)**<br><br>**ORDER** |

Keith Martinez ("Plaintiff") and SGGOAKS Royal Links, LLC, sued as Royal Links Golf Club ("Defendant"), by and through their respective counsel, hereby submit this stipulation for an extension of time—until **February 6, 2019**—for Plaintiff to file his reply in support of his motions to remand and for attorney fees, both filed on January 9, 2019. ECF Nos. 11, 13. Plaintiff's reply is currently due on January 30, 2019.

Defendant filed its response to the motions on January 23, 2019. ECF No. 17. Plaintiff's counsel is not feeling well and requests, and Defendant does not oppose, a one week extension to file and serve a reply in support of the motions. The Parties in good faith stipulate to allow additional time for Plaintiff to file his reply. This is

the first request for an extension of this deadline.

The Parties therefore stipulate that Plaintiff's reply in support of his motions, ECF Nos. 11, 13, shall be due on or before **February 6, 2019**.

DATED this 29th day of January 2019.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**KOLESAR & LEATHAM**

By: /s/ Hunter S Davidson
Hunter S Davidson, Esq.
Michael R Brooks, Esq.
400 S. Rampart Boulevard, Suite 400
Las Vegas, NV 89145
*Attorneys for Defendant*

IT IS SO ORDERED:

______________________________
UNITED STATES DISTRICT JUDGE
Dated: January 29, 2019.

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148